UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CATHERINE B.,

                Plaintiff,

v.                                    5:23-CV-0576 (GTS/DJS)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                             OF COUNSEL:

HILLER COMERFORD                JUSTIN M. GOLDSTEIN, ESQ.
INJURY & DISABILITY LAW, PLLC
  Counsel for Plaintiff
6000 North Bailey Avenue, Suite 1a
Amherst, NY 14226

SOCIAL SECURITY ADMINISTRATION      FERGUS KAISER, ESQ.
OFFICE OF GENERAL COUNSEL, OFFICE 2   Special Assistant U.S. Attorney
6401 Security Boulevard
Baltimore, MD 21235

GLENN T. SUDDABY, United States District Judge[1]

## DECISION and ORDER

      Currently before the Court, in this Social Security action filed by Catherine B. ("Plaintiff") against the Commissioner of Social Security ("Defendant" or "Commissioner") pursuant to 42 U.S.C. § 405(g), is the Report-Recommendation of United States Magistrate Judge Daniel J. Stewart, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d), recommending that Plaintiff's motion for judgment on the pleadings be denied, and that Defendant's motion for judgment on the pleadings be granted.  (Dkt. Nos. 12, 14, 16.)  No objections to the Report and

---

      [1]     This case was originally assigned to the Hon. Thomas J McAvoy, Senior U.S. District Judge, and has been reassigned to the undersigned.

1

Recommendation have been filed, and the time to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing all of the papers herein, including Magistrate Judge Stewart's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[2] Magistrate Judge Stewart employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts. (Dkt. No. 16.) As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein. (*Id*.)

**ACCORDINGLY**, it is

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 12) is **DENIED**, and that Defendant's motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED** that the decision by the Commissioner of Social Security to deny Plaintiff benefits under the Social Security Act is **AFFIRMED**, and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: July 25, 2024
       Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

---

[2] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear-error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a clear-error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).